App. Div.]        First Department, November, 1911.

Tillie M. Pouch v. Prudential Insurance Company.— Motion granted; question certified.

The People of the State of New York v. Augustus Margraf.— Appeal dismissed and motion to extend time denied. Order dismissing appeal filed.

Henry W. Guernsey v. Charles Rubinger.— Motion denied, with ten dollars costs.

Aletta T. Benton v. Frederick L. Benton.— Motion granted. Order to be settled on notice.

Nathan Bilder v. Charles B. Ellis.— Motion denied. Order to be settled on notice.

London Realty Company v. Elizabeth Riordan. Israel Unterberg v. Robert H. Elder.— Applications granted. Orders signed.

Glazer, Rohrer & Company v. Jacob J. Appelbaum. Isaac Wollman v. Arthur Casper.— Applications denied, with ten dollars costs. Orders signed.

In the Matter of Aaron Avrutis.— Reference ordered to official referee. Order to be settled on notice.

In the Matter of Moses Jaffe.— Reference ordered to official referee. Order to be settled on notice.

In the Matter of Rollin Tracy.— Reference ordered to official referee. Order to be settled on notice.

Ignatz Bruckenstein v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed.

Elizabeth Phelps v. Leander S. Sire.— Application denied, with ten dollars costs. Order signed.

Adam Mann v. John S. Shea.— Application denied, with ten dollars costs. Order signed.

Adam Mann v. John S. Shea.— Motion denied, with ten dollars costs.

The Equitable Trust Company of New York, Appellant, v. Charles A. Newman, Respondent.— Determination reversed, with costs in this court and in the Appellate Term, and judgment of City Court affirmed on opinion in *Equitable Trust Co.* v. *Taylor*, Second Department, decided October 6, 1911 (146 App. Div. 424).

Clark M. Babbitt, Plaintiff, v. Edward D. Butler and Others, Defendants.— Exceptions overruled and motion for new trial denied, with costs. No opinion. Order to be settled on notice.

Solomon Folz, Appellant, v. Bernard Lowenstein and Others, Respondents.— Order affirmed, with costs. No opinion.

Gilmore & Tompkins, Incorporated, Respondent, v. Celestino Piva, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles M. R. Ward, Respondent, v. The Trust Company of America, Appellant, Impleaded with The Hartman Manufacturing Company.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Gerardo Cassassa, Appellant.— Judgment affirmed. No opinion.

Minnie Edwards, Appellant, v. Press Publishing Company, Respondent. — Judgment and order affirmed, with costs. No opinion.